JS-6

1  Kathryn B. Abrams, Esq. – OF COUNSEL (SBN: 266285)
2  **LEMON LAW GROUP PARTNERS, PLC**
   9663 Santa Monica Blvd, Suite 176
3  Beverly Hills, CA 90210
   Telephone: (888) 415-0610 x 5106
4  Facsimile: (888) 809-7010
   Email: kabrams@lemonlawgrouppartners.com
5
6  *Attorney for Plaintiff, CHARLES MAPLES*

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**

9

10  CHARLES MAPLES, individual          Case No. CV 22-3612-GW-PDx
                                        [Los Angeles Superior Court Case No.:
11           Plaintiff,                 22STCV13594]

12                                      **ORDER**

13           vs.                        Complaint filed: April 25, 2022

14  FORD MOTOR COMPANY, a Delaware      Judge: Hon. George H. Wu
    Corporation
15
             Defendant.
16

17

18  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is
    dismissed with prejudice

19

20

21                                      Dated this 26th day of July 2022

22

23                                      _____
                                        HON. GEORGE H. WU,
24                                      U.S. DISTRICT JUDGE

25

26

27

28

PROPOSED ORDER OF DISMISSAL